THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLISON SIMMONS,

    Plaintiff,

v.                                    :   3:22-CV-1969
                                      :   (JUDGE MARIANI)
EXPRESS SERVICES, INC., *et al.*,

    Defendants.

**ORDER**

AND NOW, THIS 19th DAY OF APRIL, 2023, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 12) and Defendants' concurrence therein (Doc. 13), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 12) is **GRANTED**.

2. Plaintiff shall file the Second Amended Complaint (Doc. 12, Ex. A) as a separate docket entry within **5 days** of the date of this Order.

3. Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 7) is **DISMISSED AS MOOT**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge